**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **68V BTR HOLDINGS, LLC,** | **)** |
| | **)** |
| **Plaintiff,** | **)** |
| | **)** |
| **v.** | **) CIVIL ACTION 22-0430-WS-B** |
| | **)** |
| **CITY OF FAIRHOPE, et al.,** | **)** |
| | **)** |
| **Defendants.** | **)** |

**FINAL JUDGMENT**

In accordance with the orders of Court dated October 4, 2023 and June 18, 2024, the plaintiff shall have and recover nothing of the individual defendants. Judgment is hereby entered in favor of defendants Rebecca Bryant, Harry Kohler, Hollie MacKellar, Art Dyas, Clarice Hall-Black, John Worsham, Jason Langley, and Corey Martin and against plaintiff 68V BTR Holdings, LLC. Pursuant to Rule 54(b), the Court determines that there is no just reason for delay in entry of final judgment.

DONE this 18th day of June, 2024.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE