# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **68V BTR HOLDINGS, LLC,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 22-0430-WS-B |
| | ) |
| **CITY OF FAIRHOPE, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## FINAL JUDGMENT

In accordance with the orders of Court dated February 14 and October 4, 2023 and June 18, 2024, the plaintiff shall have and recover nothing of the defendants City of Fairhope and City of Fairhope Planning Commission on the plaintiff's federal claims and on its state claims for equitable estoppel and misrepresentation. Judgment is hereby entered in favor of defendants City of Fairhope and City of Fairhope Planning Commission and against plaintiff 68V BTR Holdings, LLC on all such claims. Pursuant to Rule 54(b), the Court determines that there is no just reason for delay in entry of final judgment.

DONE this 18th day of June, 2024.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE